**No. 10-6350. Lavarn Watson, Petitioner v. Willie Lockette, et al.**

562 U.S. 1046, 131 S. Ct. 600, 178 L. Ed. 2d 438, 2010 U.S. LEXIS 8879.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 379 Fed. Appx. 822.